246 So.2d 682

**JACKSON–HINDS BANK**

v.

**Wallace M. DAVIS, Jr.**

No. 51310.

April 22, 1971.

In re: National Bank of Commerce in New Orleans applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 244 So.2d 633.

Writ refused. The judgment is correct.

246 So.2d 682

**STATE of Louisiana ex rel.**
**Herman J. WALLACE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51316.

April 22, 1971.

In re: Herman J. Wallace applying for writs of habeas corpus, mandamus, certiorari and/or prohibition.

Writ denied. Application moot, since evidentiary hearing will be ordered by trial court.